# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0104. SHAUN TRAVIS LEGARE v. THE STATE.

In 2018, a jury found Shaun Travis Legare guilty of aggravated child molestation, aggravated sexual battery, and enticing a child for indecent purposes, for which he was sentenced to life to serve in confinement. This Court affirmed Legare's convictions on appeal. *Legare v. State*, Case No. A20A1359 (September 10, 2020). In 2024, Legare filed a pro se motion to void sentence for failure to arraign, asserting that the trial court never properly arraigned him and thus his convictions should be vacated. The trial court denied his motion, and Legare then filed this application for discretionary appeal.[1]

Regardless of nomenclature, Legare's motion seeks to challenge the validity of his convictions. See *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). However, a post-conviction motion challenging the validity of a conviction and seeking to set aside or vacate the same is not a valid procedure in a criminal case. See *Williams v. State*, 283 Ga. 94, 94-95 (656 SE2d 144) (2008). Thus, any effort to appeal from the denial of such a motion must be dismissed. *Roberts*, 286 Ga. at 532; *Harper v. State*, 286 Ga. 216, 218 (2) (686 SE2d 786) (2009).

---

[1] Legare also filed a direct appeal. See Case No. A26A0458.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  10/06/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*